**Marie F. LAIR, Appellant,**

v.

**RIDGEGATE COMMUNITY IM-PROVEMENT ASSOCIA-TION, INC., Appellee.**

**No. 01–03–00441–CV.**

Court of Appeals of Texas, Houston (1st Dist.).

Nov. 20, 2003.

Velda Faulkner, Houston, for Appellant.

Michael R. O'Neal, Houston, for Appellee.

Panel consists of Justices HEDGES, NUCHIA, and ALCALA.

## OPINION

PER CURIAM.

This is an appeal from a judgment signed April 3, 2003. Appellant has invoked the jurisdiction of this Court by filing a notice of appeal, but she has not paid the appellate filing fee. On June 3, 2003, this Court ordered that unless, within 15 days of the date of the order, appellant paid the appellate filing fee, his appeal would be dismissed. The 15 days have

expired and appellant has not paid the appellate filing fee.

Accordingly, we **dismiss** the appeal.